# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

| United States of America | ) | |
| v. | ) | Case No.  12-cr-636-4(NLH) |
| | ) | |
| MUHAMMAD SHAFIQUE | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Camden, New Jersey | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | 10/22/2012 at 1:45 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   10/18/2012

*Judge's signature*

Hon. Joel Schneider, U.S.M.J.

*Printed name and title*